IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-243-FL

| | |
|---|---|
| HAROLD B. WHITTINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge James E. Gates, regarding the parties' cross-motions for judgment on the pleadings. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, the court GRANTS plaintiff's motion for judgment on the pleadings, DENIES defendant's motion for judgment on the pleadings, and REMANDS this case to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g), for further proceedings as set forth in the M&R (DE 39 at 10-16). Following remand, the Commissioner must return to this court to file any additional or modified findings and any transcript of additional record upon which the modification or affirmance of the prior decision is based, pursuant to sentence six of 42 U.S.C. § 405(g).

SO ORDERED this the 4th day of August, 2014.

*[signature]*
LOUISE W. FLANAGAN
United States District Judge