UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

HAROLD B. WHITTINGTON, )
)
Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:13-CV-243-FL
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
)
Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon request by defendant for entry of final judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 7, 2016, that the Administrative Law Judge rendered a favorable decision to plaintiff on December 17, 2015 which neither party contests, and final judgment is rendered in favor of plaintiff in the instant action.

**This Judgment Filed and Entered on April 7, 2016, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)


April 7, 2016            JULIE RICHARDS JOHNSTON, CLERK
                          /s/ Susan W. Tripp
                         (By) Susan W. Tripp, Deputy Clerk